FILED
2026 Jun-09 PM 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **THE BURLINGTON INSURANCE COMPANY,** | ) | |
| **Plaintiff** | ) | |
| **VS.** | ) | **2:26-cv-453-ACA** |
| **CAMEO NICOLE WESTMORELAND, AS ADMINISTRATOR OF ESTATE OF JOSHUA WESTMORELAND, JON'S TREE SERVICE, LLC, JON PIERCE, MAR PROPERTIES, LLC, MOBILE FLEET SPECIALISTS OF BIRMINGHAM, INC.** | ) | |
| **Defendants.** | ) | |

## REPORT OF PARTIES' PLANNING MEETING

COMES NOW the Parties in the above case and pursuant to Rule 26(f) and this Court's Order report as follows:

1. A meeting was held via video conference on June 9, 2026 and was attended by:

   a. Hugh B. Harris, attorney for Plaintiff the Burlington Insurance Company ("TBIC");

   b. Keith T. Belt, Jr., attorney for Defendant Cameo Nicole Westmoreland as Administrator of the Estate of Joshua Westmoreland; and

c. Robert R. Riley, Jr., attorney for Defendant Mobile Fleet Specialists of Birmingham, Inc.

d. Defendant Jon Pierce was served on March 29, 2026, and has not appeared in the case.

e. Defendant Jon's Tree Service, LLC was served on March 29, 2026, and has not appeared in the case.

2. **Initial Disclosures.** The Parties shall exchange the information required by Rule 26(a)(1) on or before June 23, 2026.

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

a. The parties will conduct discovery regarding all facts and circumstances surrounding Joshua Westmoreland's fall and the TBIC policy including, without limitation, matters relating to the employment status of Joshua Westmoreland at the time of the fall, whether the claims in the underlying state case constitute an occurrence under the TBIC policy, the administration of Joshua Westmoreland's estate and all other issues relevant to the parties' claims, defenses, damages, and any additional matters that may arise during the course of litigation.

b. The parties request a discovery cut-off date of June 4, 2027.

c. Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

d. No more than fifteen (15) depositions may be taken by each party. Each deposition is limited to a maximum of five (5) hours (eight (8) hours for parties and specially-retained experts) unless extended by agreement of the parties.

e. No more than twenty (20) requests for admission. Responses due 30 days after service unless parties agree otherwise.

f. Not more than fifty (50) requests for production of documents. Responses due 30 days after service unless parties agree otherwise.

4. Reports from retained experts under Rule 26(a)(2) due:

a. From Plaintiff: February 1, 2027.

b. From Defendants: March 1, 2027.

c. From Plaintiff for rebuttal purposes only by May 1, 2027.

5. The parties request until July 31, 2026 to join additional parties and amend the pleadings without leave of court.

6. Pre-trial disclosures. Final lists of witnesses and exhibits under Rule 26(a)(3) due fourteen (14) days before trial.

7. The parties **DO NOT** request a conference with the Court before entry of the scheduling order.

8. This action should be ready for trial by October of 2027, and at the time trial is expected to take approximately 4-5 days.

9. The parties request a pre-trial conference in August of 2027.

10. All potentially dispositive motions filed by September 30, 2027.

11. Settlement, including potential mediation, will be evaluated as the case progresses.

12. Discovery is not anticipated to include Electronically Stored Information (ESI).

Jointly submitted this the 9th day of June, 2026.

Respectfully submitted,

/s/ *Hugh B. Harris*
Hugh B. Harris (ASB-6626-A46Z)
Elza A. Grigoryan (ASB-1284-A42H)
*Attorneys for Plaintiff The Burlington Insurance Company (TBIC)*

OF COUNSEL:
**WICKER SMITH O'HARA MCCOY & FORD P.A.**
505 North 20th Street, Suite 1111
Birmingham, Alabama 35203
Phone: 205-776-9000
Fax: 205-776-9099
Email: hharris@wickersmith.com
egrigoryan@wickersmith.com

s/ *Keith T. Belt, Jr.*
Keith T. Belt, Jr. (ASB-6843-T79K)
W. Ryan Myers (ASB-1040-A16P)
*Attorneys for Defendant Cameo Nicole Westmoreland*

OF COUNSEL:
**BELT, BRUNER & BARNETT PC**
880 Montclair Road, Suite 300
Birmingham, AL 35213
Phone: 205-933-1500
Fax: 205-933-5500
Email: keithb@beltlawfirm.com
ryanm@beltlawfirm.com

s/ *James E. Murrill, Jr.*
Robert R. Riley, Jr. (ASB-8310-Y75R)
James E. Murrill, Jr. (ASB-4329-A57M)
*Attorneys for Defendant*
*Mobile Fleet Specialists of Birmingham, Inc.*

OF COUNSEL:
**RILEY & JACKSON PC**
3530 Independence Drive
Birmingham, AL 35209
Phone: 205-879-5000
Fax: 205-879-5901
Email: jay@rileyjacksonlaw.com
rob@rileyjacksonlaw.com